UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ROSALES,

          Petitioner,

    v.

PAUL THOMPSON, et al.,

          Respondents.

No.  2:21-cv-02194-TLN-DMC

**ORDER**

Petitioner, a federal prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 1, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 8.)  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations filed on August 1, 2022 (ECF No. 8), are

3    ADOPTED in full;

4    2.    Respondents' Motion to Dismiss (ECF No. 6) is GRANTED;

5    3.    This action is DISMISSED for lack of jurisdiction; and

6    4.    The Clerk of the Court is directed to enter judgment and close this file.

7    **DATED:  September 21, 2022**

8

9

10   _____
     Troy L. Nunley
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2